# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0142. NEVILLE CURTIS TURNBULL v. THE STATE.**

A jury found Neville Turnbull guilty of aggravated child molestation, aggravated sodomy, rape and child molestation, and his convictions were affirmed in an unpublished decision. See *Turnbull v. State*, Case Number A13A1846, decided Jan. 9, 2014. Turnbull subsequently filed an extraordinary motion for new trial on newly discovered evidence, which the trial court denied on September 14, 2018. Turnbull then filed this application for discretionary appeal on October 16, 2018, seeking review of that order.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Turnbull filed his application 32 days after the trial court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/15/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*